UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DORIANA GRILLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:19CV00427 JCH |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| et al. ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion of Jeffery B. Jensen, United States Attorney for the Eastern District of Missouri, and Jane Berman Shaw, Assistant United States Attorney for Said District to Dismiss William P. Barr and the United States Postal Service. (ECF No. 6). The Plaintiff has not responded. The motion is fully briefed and ready for disposition.

Defendant contends that Defendant Barr and Defendant United States Postal Service are improper parties in a Federal Tort Claims Act case and should be dismissed. All actions brought pursuant to the FTCA must be brought against the United States of America and not in the name of the allegedly negligent agency, entity or employee. 28 U.S.C. §§ 2671-2680; 28 U.S.C. § 1346(b). Therefore, this case is dismissed as to Defendant Barr and Defendant United States Postal Service.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Parties (ECF No. 6) is **GRANTED.**

Dated this  12th   Day of June, 2019.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE